

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2024

No. 04-24-00472-CV

**WELLS FARGO BANK, N.A.**,
Appellant

v.

Robert D. **RUBALCABA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI14035
Honorable Antonia Arteaga, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellate costs of court are taxed against Wells Fargo Bank, N.A.

It is so **ORDERED** on October 16, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk